UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 21-cv-30118

_____
                                                )
LILLIAN GONZALES                                )
                                                )
          Plaintiff,                            )
                                                )
v.                                              )
                                                )        COMPLAINT AND DEMAND
                                                )        FOR JURY TRIAL
CITY OF SPRINGFIELD                             )
ALBERTO HERNANDEZ;                              )
THADDEUS TOKARZ; AND                            )
KEITH WORTHY                                    )
                                                )
          Defendants.                           )
_____)

          Plaintiff Lillian Gonzales by and through her undersigned counsel, as and for her

Complaint ("Complaint") against Defendants City of Springfield Massachusetts, Alberto

Hernandez, Thaddeus Tokarz, and Keith Worthy (collectively "Defendants") respectfully

alleges as follows:

## **BACKGROUND**

          1.       This is an action for damages related to the sexual harassment and sexual

abuse suffered by Plaintiff Lillian Gonzales while she was a student at Central High

School, which receives federal financial assistance, in the City of Springfield

Massachusetts.

          2.       As detailed below, Defendant Hernandez, employed as a coach at Central

High School subjected Ms. Gonzalez to sexual harassment and prevented Ms. Gonzales

from receiving an education free from discrimination based on her sex in violation of 20

U.S.C. § 1681, et seq (Title IX).

1

3.      As detailed below, Defendants' Thaddeaus Tokarz and Keith Worthy were made aware that Ms. Gonzalez's civil rights were being violated and failed to protect her in their positions as principal and vice principal of Central High School in violation of 42 U.S. Code § 1983.

## JURISDICTION & VENUE

4.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiffs have stated claims under  20 U.S.C. § 1681, et seq (Title IX), as well as 42 U.S. Code § 1983.

5.      The Plaintiff has at all relevant times has resided in Western Massachusetts in the City of Springfield.

6.      Defendant CITY OF SPRINGFIELD MASSACHUSETTS is an incorporated Massachusetts city. The CITY OF SPRINGFIELD MASSACHUSETTS operates and supervises Central High School, which is a public high school located within the city of Springfield.

7.      Defendants ALBERTO HERNANDEZ, THADDEUS TOKARZ, and KEITH WORTHY at all relevant times were employed by the City of Springfield and operated as employees serving Central High School.

8.      Venue is proper in the United States District Court for the District of Massachusetts because Springfield, Massachusetts is Defendants' principal place of business at all times relevant to this Complaint.

9.      Primarily and substantially the alleged causes of action arose and accrued in Springfield, Massachusetts and the center of gravity for primarily and substantially all

relevant events alleged in this complaint is predominately located in Springfield, Massachusetts.

## PARTIES

10.    Plaintiff Lillian Gonzales was a student at Central High School in Springfield Massachusetts from 2016 until she graduated in 2020. She participated in sports and at various times was a member of Central High School's varsity and junior varsity softball teams.

11.    Defendant CITY OF SPRINGFIELD MASSACHUSETTS is an incorporated Massachusetts city. It receives federal funding for its educational programs, which includes federal funding at Central High School. The CITY OF SPRINGFIELD MASSACHUSETTS operates and supervises Central High School, which is a public high school located within the city of Springfield.

12.    Defendant ALBERTO HERNANDEZ at all times relevant to this complaint was employed as the girls varsity softball coach for Central High School. He coached the Plaintiff at various times while she was a student at Central High School and was responsible for playing opportunities on the girls varsity team.

13.    Defendant THADDEUS TOKARZ at all times relevant to this complaint was employed as the principal of Central High School responsible for supervising school employees, its athletic programs, and the wellbeing of the students.

14.    Defendant KEITH WORTHY at all times relevant to this complaint was an assistant principal at Central High School responsible for supervising school employees, and  the wellbeing of the students.

## FACTUAL ALLEGATIONS

15. The Plaintiff, Ms. Gonzalez was a student at Central High School in Springfield Massachusetts and was a member class of 2020.

16. The Defendant City of Springfield Massachusetts receives federal funding for its educational programs, which includes federal funding at Central High School.

17. Ms. Gonzalez was enjoying her time at Central High School as she was a successful student athlete; she was spending time with her friends, and getting her education, which is how high school was for Ms. Gonzales until her sophomore year.

18. Ms. Gonzalez was 16 years old and in her sophomore year when her Central High School softball coach, the defendant Alberto Hernandez, began acting in a disturbing manner towards her.

19. Mr. Hernandez is both a coach at Central High School and was employed as a paraprofessional at the school.

20. Mr. Hernandez's misconduct began slowly, in 2018 during Ms. Gonzales's sophomore year, he touch/slapped Ms. Gonzales buttocks without consent at Central High School. Mr. Hernandez during this same time period began making frequent sexually inappropriate comments to Ms. Gonzalez.

21. Several female students witnessed Mr. Hernandez's inappropriate actions toward Ms. Gonzales in 2018 and made a report to the school administration at Central High School detailing the conduct they witnessed.

22. The administration appears to have conducted little to no investigation of the complaints by female students and Mr. Hernandez was never suspended or removed from accessing high school students during the 2018 time period.

23.     In December of 2018, Mr. Hernandez escalated his conduct to an outrageous level and fully revealed his true intentions for Ms. Gonzales. At that time, Mr. Hernandez sent a "SnapChat"[1] message. The message Coach Hernandez sent to Ms. Gonzales through the SnapChat application was a request for her to have sex with him. Specifically, Mr. Hernandez told Ms. Gonzales in the message "I want to fuck you and have you suck my dick. Then pin you up against the wall". Ms. Gonzales tried to ignore his advances hoping the conduct by her softball coach would cease. However, the conduct by Coach Hernandez only got increasingly worse.

24.     In February of 2019, during Ms. Gonzales's softball homeroom, her coach Mr. Hernandez, made a quid pro quo proposition to Ms. Gonzales. He offered her the chance to be on the varsity softball team in exchange for her agreeing to have sex with him.

25.     A female student overheard portions of this conversation and reported it to the Central High School administration. The administration appears to have conducted little to no investigation of the complaint, and Coach Hernandez was not suspended pending any investigation and was allowed to continue his access to high school students.

26.     In March of 2019, Coach Hernandez began picking Ms. Gonzales up from her home at 5am for softball practice at Central High School. However, he told her he was picking her up much earlier than the formal practice with the team began. The reason Mr. Hernandez gave her for why he was picking her up so early was so that he could give her some "extra practice".  Once parked at the school, Mr. Hernandez pressured Ms. Gonzales for sex to which she ultimately relented and had sex with Mr. Hernandez on the grounds of Central High School.

---

[1] SnapChat is an line social media networking platform

27.     Mr. Hernandez and Ms. Gonzales engaged in sexual acts on a number of occasions, under the guise of "extra practice", on the grounds of Central High School. Mr. Hernandez did in fact give Ms. Gonzales individual coaching attention in the mornings, when he would pick her up from school, after they were finished with sexual activities.

28.     At the time of Ms. Gonzales relenting to Mr. Hernandez's demands for sex, he promoted Ms. Gonzales to the varsity softball team. Mr. Hernandez continued to request sex after driving her to Central High School in the morning, where the sex would occur in the Mr. Hernandez's car while parked in the high school parking lot. However, this was not the only location where the sex occurred. On at least one occasion, Coach Hernandez requested sex from Ms. Gonzales inside the Central High School building. He brought her to an empty locker room area, where he requested and engaged in sex with her.

29.     Ms. Gonzales eventually began to pull away from the sexual relationship with Mr. Hernandez. Mr. Hernandez was not happy about her decision to decline his sexual advances and not acquiescing to his demands for sex. Soon after Ms. Gonzales attempted to end the sexual relationship, Mr. Hernandez removed her from the varsity team and placed her on junior varsity. This action was an overt message to Ms. Gonzales that unless she relented to a further sexual relationship, she would not be given a spot on the varsity team.

30.     As a result of being put back down to junior varsity, Ms. Gonzales gave into Mr. Hernandez's demands and resumed their sexual relationship as Mr. Hernandez made sex her only pathway to play varsity softball..

31.     In addition, Mr. Hernandez used violence to control his student, Ms. Gonzales, as while this sexual relationship was ongoing between them, Mr. Hernandez slapped and punched Ms. Gonzales in anger over the relationship on numerous occasions throughout 2019 and 2020.

6

32.     Even though multiple reports of Mr. Hernandez's inappropriate behavior toward Ms. Gonzales were brought by female students to the attention of the Central High School administration over a span of more than a year, including various complaints to both Principal Thaddeus Tokarz and Assistant Principal Keith Worthy, the school wholly failed to do any meaningful investigation and never spoke to Ms. Gonzales until she was asked on a single occasion over the summer of 2019 about Mr. Hernandez.

33.      The Central High School administration only made a single attempt to contact Ms. Gonzales over the numerous complaints. The administration including Principal Thaddeus Tokarz and Assistant Principal Keith Worthy, where were both aware of the various complaints from female students about Mr. Hernandez's inappropriate conduct toward Ms. Gonzales.

34.     The Central High School administration, including Principal Thaddeus Tokarz and Assistant Principal Keith Worthy never suspended or removed Mr. Hernandez's access to high school children pending any investigation as complaints from female students continued to pile up. Instead, Mr. Hernandez was left to freely coach the girls' softball team and continue his sexual relationship with his student, Ms. Gonzales.

35.     This sexual relationship, conditioned upon remaining a member of the varsity team, continued all the way through Ms. Gonzales's graduation from Central High School completely unabated or meaningfully investigated by the Central High School administration.

36.     None of the female students' complaints about Mr. Hernandez were taken seriously or followed up on by the administration in any meaningful sense **including by** Principal Thaddeus Tokarz and Assistant Principal Keith Worthy. The single time Ms. Gonzales was approached by school officials was due to a complaint by another school staff

7

member Ben Torro. Ms. Gonzales confided in Mr. Torro that she was involved in a sexual relationship with Mr. Hernandez. It does not appear that Mr. Torro brought this information to school officials until after Mr. Torro was himself involved in an unrelated incident, prompting him to inform the administration.

37.    Even after multiple female student complaints, and now information from Mr. Torro that Ms. Gonzales confided in him about her sexual relationship with Mr. Hernandez, the school **administration**, **including** Principal Thaddeus Tokarz and Assistant Principal Keith Worthy, both being aware of the complaints involving Mr. Hernandez, failed to suspend Mr. Hernandez or remove any of his access to high school students generally or Ms. Gonzales specifically.

38.    Mr. Gonzales is unaware of the exact number of female students who complained about Mr. Hernandez's conduct towards her, but Mr. Gonzales is personally aware of some of those students who complained. Ms. Gonzales is also aware that one or more staff members of Central High School brought concerns about Mr. Hernandez forward to the administration. All of the complaints whether made by school staff members or students were either ignored or not meaningfully investigated by the Central High School Administration, including Principal Thaddeus Tokarz and Assistant Principal Keith Worthy.

39.    Instead of being disciplined and removed from his position, Mr. Hernandez appears to have been being protected by the Central High School administration. Ms. Gonzalez is aware of one female student who brought claims forward to the administration and was told in response to stop complaining about Mr. Hernandez. In addition, upon information and belief, a group of several girls complained to school administration about Mr. Hernandez's inappropriate conduct, whereupon the administration met with the girls and shockingly brought Mr. Hernandez into the meeting. The female students were told to

8

state their complaints to him directly. Also upon information and believe, Mr. Hernandez has been previously suspected in other wrongdoing and similarly faced no discipline from the Central High School administration.

40. As a result of these unlawful actions and outrageous conduct by Central High school officials in both their official and personal capacities, Ms. Gonzales has suffered severe emotional distress. She has sought medical treatment for her mental anguish and suffering, and was even committed to an inpatient hospital setting. The mental scars as a result of several years of abuse will remain indefinitely.

**FIRST CAUSE OF ACTION**
(Violation of 20 U.S.C. § 1681, et seq (Title IX) as to Defendant City Of Springfield Massachusetts)

41. Plaintiff hereby repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth hereon.

42. The Defendant City of Springfield Massachusetts has violated the Plaintiff's rights under 20 U.S.C. § 1681, et seq (Title IX).

43. The Defendant City of Springfield Massachusetts receives federal funding for its educational programs, which includes federal funding at Central High School.

44. The Defendant City of Springfield Massachusetts was made aware, through its employees, specifically Principal Thaddeus Tokarz, Assistant Principal Keith Worthy, coach Ben Torro, and coach Alberto Hernandez that there was sexual harassment occurring in the educational programs and activities at Central High School.

45. The Defendant City of Springfield Massachusetts was made aware, through its employees, specifically , coach Ben Torro, , and coach Alberto Hernandez that there was a sexual relationship and discrimination taking place between the Plaintiff Ms. Gonzales and her softball coach Defendant Alberto Hernandez.

9

46.     These actions resulted in the Plaintiff, Ms. Gonzales, being discriminated against based on her sex as a female student, and the discrimination was so severe, pervasive, and objectively offensive that it effectively barred Ms. Gonzales's access to an equal education, specifically, Ms. Gonzales's admittance to the high school varsity softball team was conditioned on giving into the sexual demands of her coach, Mr. Alberto Hernandez.

47.     The Defendant, City of Springfield Massachusetts, acted with deliberate indifference as its employees, Principal Thaddeus Tokarz, Assistant Principal Keith Worthy, coach Ben Torro, and coach Alberto Hernandez, were aware that sexual discrimination was taking place and failed to take action to abate it. Specifically, numerous complaints were received by defendant Principal Thaddeus Tokarz, and defendant Assistant Principal Keith Worthy. Those complaints were either ignored or not meaningfully investigated by those defendants. Those defendants never suspended or removed Mr. Hernandez's access to high school children pending any investigation, even after numerous complaints came in, and therefore the sexual discrimination toward the Plaintiff, Ms. Gonzales was allowed to continue. In addition, the Plaintiff, Ms. Gonzales told Central High School coach Ben Torro about the sexual relationship and discrimination. Mr. Torro failed to make attempts to intervene or further report this information immediately, and as such, the Plaintiff continued to suffer sexual discrimination.

48.     As a result of the unlawful actions and outrageous conduct by Defendant City of Springfield Massachusetts acting through its employees as noted above, Ms. Gonzales has suffered severe emotional distress. She has sought medical treatment for her mental anguish and suffering, and was even committed to an inpatient hospital setting.

49.     Plaintiff has suffered damages in an amount to be determined at trial.

## SECOND CAUSE OF ACTION
(Violation of 42 U.S. Code § 1983 as to defendants Thaddeus Tokarz, Keith
Worthy, and Alberto Hernandez)

50.     Plaintiff hereby repeats and realleges each and every allegation set forth in
the preceding paragraphs as if fully set forth hereon.

51.     The defendants Thaddeus Tokarz, Keith Worthy, and Alberto Hernandez in
both their professional and personal capacities, acting under color of state law, deprived
Plaintiff of her federal right to educational opportunities free from discrimination based on
her sex, which is a federal statutory right provided to her under Title IX, and constitutionally
under the United States Constitution.

52.     The defendants Thaddeus Tokarz, Keith Worthy, and Alberto Hernandez
were all made aware that there was sexual harassment and discrimination occurring in the
educational programs and activities at Central High School.

53.     The defendant Mr. Alberto Hernandez through his position as softball coach
at Central High School, in February of 2019, during Ms. Gonzales's softball homeroom,
made a quid pro quo proposition to Ms. Gonzales. He offered her the chance to be on the
varsity softball team in exchange for her agreeing to have sex with him. He conditioned her
opportunities, as a female student, for educational advancement on engaging in sex with
him. He did this under color of law as her softball coach and a paraprofessional at Central
High School.

54.     After engaging in sex with Mr. Hernandez, Ms. Gonzales eventually
attempted to end the sexual relationship. Mr. Hernandez was not happy about her decision
to decline his sexual advances and not acquiescing to his demands for sex. Soon after Ms.
Gonzales attempted to end the sexual relationship, Mr. Hernandez removed her from the

11

varsity team and placed her on junior varsity. In doing so, Mr. Hernandez actively punished Ms. Gonzales and denied her an educational opportunity, under color of law, and based on Ms. Gonzales's sex and her unwillingness to give into his sexual demands.

55.     Multiple reports of defendant Mr. Hernandez's inappropriate behavior toward Ms. Gonzales were brought by female students to the attention of the Central High School administration over a span of more than a year, including various complaints to both Principal Thaddeus Tokarz and Assistant Principal Keith Worthy.

56.     Thaddeus Tokarz and Keith Worthy acting under color of law in their positions at Central High School wholly failed to do any meaningful investigation and never attempted to speak to Ms. Gonzales until she was asked on a single occasion over the summer of 2019 about Mr. Hernandez.

57.     Thaddeus Tokarz and Keith Worthy never suspended or removed Mr. Hernandez's access to high school children pending any investigation as complaints from female students continued to pile up. Instead, Mr. Hernandez was left to freely coach the girls' softball team and continue his sexual relationship with his student, Ms. Gonzales.

58.     The actions of Thaddeus Tokarz and Keith Worthy who, acting under color of law, were aware of allegations that Ms. Gonzales was in an inappropriate relationship with her coach, and that she was being subject to sexual harassment, deprived Ms. Gonzales of her right to educational opportunities free from sex discrimination guaranteed to her under Title IX and the United States Constitution.

59.     As a result of Defendants' actions, Plaintiff has suffered damages in an amount to be determined at trial

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts.

PLAINTIFF,
BY HER ATTORNEYS

/s/ Shawn P. Allyn

_____
Shawn P. Allyn
Allyn & Ball, P.C.
57 Suffolk Street, Suite 200
Holyoke, MA 01040
BBO#643237
Tel: (413) 538-7118
Fax: (413) 538-6199
Email: sallyn@allynandball.com

/s/ Jeremy B. Powers                        /s/ Daniel Hagan

_____                _____
Jeremy B. Powers, Esq.                   Daniel Hagan, Esq.
33 Mulberry Street                        33 Mulberry Street
Springfield, MA 01105                     Springfield, MA 01103
Tel: (413) 306-6107                       Tel: (413) 733-0770
Fax: (413) 733-1245                       Fax: (413) 733-1245
BBO# 655252                               BBO# 674936
Email: attorneyjpowers@gmail.com          Email: haganlegal@gmail.com